**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

DEBRA PEEL                                                                                      PLAINTIFF
ADC #713217

V.                                        4:15CV00720 BSM/PSH

JACKSON COUNTY
SHERIFF DEPARTMENT *et al*                                                      DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATION

## INSTRUCTIONS

The following Proposed Findings and Recommendation have been sent to Chief United States District Judge Brian S. Miller.  You may file written objections to all or part of this Recommendation.  If you do so, those objections must:  (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation.  By not objecting, you may waive the right to appeal questions of fact.

## DISPOSITION

Plaintiff Debra Peel filed a *pro se* complaint, pursuant to 42 U.S.C. § 1983, on November 19, 2015, naming as defendants the Jackson County Sheriff Department and the Newport Fire Department.  On January 5, 2016, the Court entered an order noting Peel's complaint contained no allegations against either defendant, and that it was unsigned (Doc. No. 3).  That order directed Peel to file a signed amended complaint, which set forth the departmental policies allegedly harming her, or naming the individuals allegedly violating her rights.  Peel was warned that her failure to comply within 30 days would result in the recommended dismissal of her complaint.  On February 29, 2016,

1

after Peel filed an application for leave to proceed *in forma pauperis*, the Court entered another order, granting Peel an additional 30 days to file the amended complaint. Peel was again warned that her failure to comply within 30 days would result in the recommended dismissal of her complaint (Doc. No. 5). On April 6, 2016, the Court directed Peel a third time to file an amended complaint, and a third time warned her that her failure to comply within 30 days would result in the recommended dismissal of complaint (Doc. No. 7). More than 30 days have passed, and Peel has not filed an amended complaint as ordered, or otherwise responded to the order. Under these circumstances, the Court concludes that Peel's complaint should be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2), and failure to respond to the Court's order. *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (district courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

IT IS THEREFORE RECOMMENDED THAT:

1.      Peel's complaint be DISMISSED WITHOUT PREJUDICE for failure to comply with Local Rule 5.5(c)(2), and failure to  respond to the Court's orders.

2.      The Court certify that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 11th day of May, 2016.

_____
UNITED STATES MAGISTRATE JUDGE

2