IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DEBRA PEEL**                                                                                              **PLAINTIFF**
**ADC #713217**

v.                              CASE NO. 4:15CV00720 BSM

**JACKSON COUNTY**
**SHERIFF DEPARTMENT and**
**NEWPORT FIRE DEPARTMENT**                                     **DEFENDANTS**

## ORDER

The proposed findings and recommendation ("RD") submitted by United States Magistrate Patricia Harris have been reviewed. No objections have been filed. After careful consideration, the RD are hereby adopted in all respects and plaintiff Debra Peel's complaint [Doc. No. 2] is dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2). It is certified that an *in forma pauperis* appeal from this order and the accompanying judgment would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 7th day of June 2016.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE